Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### District of
### Division

|  |  |
|---|---|
| Navindra Kumar | Case No. 6:21-cv-877 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes   ☐ No |
| -v- |  |
| AdventHealth Kissimmee |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Navindra Kumar |
   | Street Address | 3215 Victoria Drive |
   | City and County | Kissimmee, Osceola County |
   | State and Zip Code | Florida 34746 |
   | Telephone Number | 407-729-6208 |
   | E-mail Address | NKTY270@aol.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: AdventHealth Kissimmee
- Job or Title (if known):
- Street Address: 2450 North Orange Blossom Trail
- City and County: Kissimmee, Osceola County
- State and Zip Code: Florida, 34744
- Telephone Number: 407-846-4343
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | AdventHealth Kissimmee |
| Street Address | 2450 North Orange Blossom Trail |
| City and County | Kissimmee, Osceola County |
| State and Zip Code | Florida, 34744 |
| Telephone Number | 407-846-4343 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) October, 2016 through August, 2019

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

> I have been discriminated against because of my medical condition in violation of the Americans with Disabilities Act (ADA) and the FCRA.
> Attached is charges filed with the Equal Employement Opportunity Commission (EEOC)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

June 27, 2019

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   2/22/2021   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking compensatory and punitive damages based on the acts of AdventHealth Kissimmee.
I was placed in an unsafe work environment and developed serious medical condition while in the scope of my employment, which has resulted in permanent health deterioration and mental anguish. As a result of this, I am currently responsbile for medical bills and co-pays, medication and providing for my family. In addition, as a result of this I am not able to work.   I am seeking compensation for the years that I am unable to work and for my personal well being in which I am restricted to live a normal healthy life. The amount being sought is $1.7 million dollars.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/19/2021

Signature of Plaintiff   *Navindra Kumar*
Printed Name of Plaintiff   Navindra Kumar

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

## III Statement of Claim

May 18, 2021

Dear Sir/Madam:

I, Navindra Kumar, claim that a discriminatory practice occurred during my employment at AdventHealth Kissimmee during the time period of June, 2016- August 2019. My role in this organization was Anesthesia Tech for the Surgical Services Department. My primary role was to assist Anesthesiologist during surgery cases when needed and oversee the Anesthesia Department's medication, supplies and equipment.

During my employment at AdventHealth Kissimmee, Surgical Services Department. I was exposed to a chemical sterilant solution, in my work office. The solution is called Peracetic Acid. The machine that uses this solution is a sterilizer machine, made by Steris and uses this cleaning agent (Peracetic Acid) to sterilize endoscopy and surgical scopes. This sterilizer machine runs all day emitting toxic fumes in my work office. Department management decided to install two of these machines in my work office in 2002. The machines was installed by AdventHealth Engineering team and not the company, Steris. The machines installed was not related to my job duties. The installation of the machines was not properly installed per all safety guidelines and protocols. These machines requires proper exhaust ventilation and should not be placed in a room where someone is working out of. Every other AdventHealth facility that uses this machine has it in a locked room with proper ventilation and the room is used for that sole purpose.

I started to develop symptoms of dry eyes, difficulty breathing, headaches, dizziness, skin irritation throughout the years. (All of the symptoms occurred during different time periods). As a result, there were 4 instances at work that I had to go to urgent care and emergency room. Two of which went into worker's comp that started in 2016. Workers Comp sent me to a specialty pulmonologist that concurred that the sterilant solution is harmful to me. I was diagnosed with Asthma, Reactive Airway Disease and Restrictive Lung Disease. Even though these findings was submitted to AdventHealth Worker's Comp, it was denied and I was forced to work out of the same room when I returned to work from being ill.

During my employment at AdventHealth Kissimmee I was not put in safe work environment. Prior to me even knowing of the medical results of this chemical exposure, I had emailed and verbally spoken to my supervisors, managers, administrators, and even human resources about the chemical that was being emitted from my work area and the unsafe environment that I am exposed to and concern for

my health. I was not treated fairly and was discriminated against as I was put in harms way and my request to be move to another work area was consistently ignored. Management made many excuses of why they can't' move me to another work area. I was told to open the door to let the fumes out which I know would then be harmful and expose this chemical to patients and other staff members. Opening the door didn't' help my situation as I was still required to go into the room to do my job.

AdventHealth Kissimmee leadership claimed they did not have space to relocate me after my many requests. But they never consider my deteriorating health in which I would experience dizziness, burning eyes, tension headaches and shortness of breath at work. I have documentation of my conversation request to be relocated to a safer work environment and I have co-worker statements and physician statements to support my request to keep me safe.

I reported this unsafe practice to OSHA in June, 2019. After OSHA came to investigate, I started to be targeted and retaliated against by my leadership. They made it difficult for me to do my job. They verbally harassed me, placed me on disciplinary action (first time I ever received disciplinary action in the 19 years I worked at this organization) and made inappropriate comments to me regarding my religion. All at the same time that they had me work out of the work room with this machine that was harmful. I applied for FMLA and it was approved which allowed me to say home on days that I was not feeling well. My leader would call me and harass me to try to make me feel guilty for not coming into work. I decided to resign from my position in August, 2019 due to my medical condition, hostile work environment and discriminatory practices that had taken place. I am still under the care of different specialty physicians for my different medical issues. I am currently not working and am responsible for numerous medical bills because of the acts of AdventHealth Kissimmee. My quality of life has not been the same.

Thank you for taking out the time to review my claim. For further questions or concerns, I can be reached at any time.

Sincerely,

*Navindra Kumar*

Navindra Kumar

3215 Victoria Drive

Kissimmee, FL. 34746

407-729-6208